117 F.2d 376 (1941)
FIRST HUNTINGTON NAT. BANK
v.
UNITED STATES.
No. 4740.
United States Circuit Court of Appeals, Fourth Circuit.
February 8, 1941.
Jackson N. Huddleston, of Huntington, W. Va. (Walter L. Brown and Fitzpatrick, Brown & Davis, all of Huntington, W. Va., on the brief), for appellant.
S. Dee Hanson, Sp. Asst. to Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Lemuel R. Via, U. S. Atty., and John W. Hereford, Asst. U. S. Atty., both of Huntington, W. Va., on the brief), for appellee.
Before PARKER, SOPER, and DOBIE, Circuit Judges.
PER CURIAM.
The judgment of the District Court is affirmed. See the opinion of Judge Harry E. Watkins, 34 F.Supp. 578.
Affirmed.